IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ALI,<br><br>Defendant. | *E-FILED - 10/31/14*<br><br>CASE NO.: CR-12-00795-01-DLJ<br><br>**ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS)** |

IT IS HEREBY ORDERED that this case is reassigned as to defendant Ahmad Ali to the Executive Committee pursuant to General Order 44E.5, (Reassignment of Fugitive Criminal Cases.) The case is not pending against any other defendant.

DATED: 10/31/14

_____
D. LOWELL JENSEN
United States District Judge

Order of Reassignment

1

1

2 Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Order of Reassignment